# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-56047

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-bk-39946-SSC |
| Amy Christine Murphy, Amy Christine Murphy | Chapter 7 |
| | NOTICE OF LODGING ORDER |
| Debtors. | (Related to Docket #17) |

U.S. Bank National Association, as successor Trustee to Bank of America, National Association, (successor by merger to LaSalle Bank National Association) as Trustee for Lehman XS Trust Series 2007-9 by its Attorney in fact Wells Fargo Bank, N.A., its agent, by and through its undersigned attorneys, hereby gives notice of the Lodging an Order for Relief, a copy of which is attached hereto as Exhibit "A".

DATED this 31st day of March, 2011.

Respectfully submitted,

TIFFANY & BOSCO, P.A.


BY   /s/ LJM #014228
      Leonard J. McDonald
      Attorney for Movant

Copy of the foregoing was
mailed this 31st day of March, 2011

Amy Christine Murphy
4849 East Waltann Lane
Scottsdale AZ 85254
Debtors

Diane M. Mann
29834 N. Cave Creek Rd., #118-274
Cave Creek, AZ 85331
Trustee

By: Rebecca Robinson