**TIFFANY & BOSCO**
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.

Dated: May 06, 2011



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-56047

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Amy Christine Murphy<br>        Debtor.<br>_____<br>U.S. Bank National Association, as successor Trustee to Bank of America, National Association, (successor by merger to LaSalle Bank National Association) as Trustee for Lehman XS Trust Series 2007-9 by its Attorney in fact Wells Fargo Bank, N.A.<br><br>        Movant,<br>  vs.<br><br>Amy Christine Murphy, Debtor; Diane M. Mann, Trustee.<br><br>        Respondents. | No. 2:10-bk-39946-SSC<br><br>Chapter 7<br><br>AMENDED ORDER<br>(Related to Docket #17)<br>Hearing Date: March 30, 2011 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays

imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that

certain real property which is subject of a Deed of Trust dated January 24, 2007, and recorded in the

office of the Maricopa County Recorder wherein U.S. Bank National Association, as successor Trustee to Bank ofAmerica, National Association, (successor by merger to LaSalle Bank National Association) as Trustee for Lehman XS Trust Series 2007-9 by its Attorney in fact Wells Fargo Bank, N.A. is the current beneficiary and Amy Christine Murphy, Amy Christine Murphy have an interest in, further described as:

> Lot 457, of ROADRUNNER ESTATES EAST UNIT FIVE, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 199 of Maps, Page 42.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement,or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that Movant may not complete a Trustee sale until a decision has been reached regarding Debtor's request for a Loan Modification, and such communication has been provided, on at least 30 days notice, directly to the Debtor.